Grant E. Kinsel, Bar No. 172407
GKinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 98101-3099
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant NINTENDO OF AMERICA
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC., | Case No. 3:18-cv-1942 |
| *Plaintiff*, | **Joint Stipulation To Extend Time To Respond To Complaint [L.R. 6–1]** |
| *v.* | |
| NINTENDO CO., LTD, and NINTENDO OF AMERICA INC., | |
| *Defendants*. | |

Plaintiff Gamevice, Inc. ("Gamevice") and Defendant Nintendo of America Inc. ("NOA") stipulate pursuant to L.R. 6–1 to extend the time for NOA to respond to Gamevice's Complaint from April 18, 2018 to and including May 18, 2018. This stipulation does not alter the date of any event or deadline already fixed by Court order.

Dated:  April 19, 2018             PERKINS COIE, LLP


                                   By: /s/ *Grant E. Kinsel*
                                   _____
                                       Grant E. Kinsel, Bar No. 172407
                                       GKinsel@perkinscoie.com


                                   Attorneys for Defendant NINTENDO OF
                                   AMERICA INC.

Dated: April 19, 2018              QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By: /s/ *Tigran Guledjian*
                                   _____
                                       Tigran Guledjian # 207613
                                       tigranguledjian@quinnemanuel.com


                                   Attorneys for Plaintiff GAMEVICE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the parties.

/s/ *Grant E. Kinsel*
Grant E. Kinsel
