Grant E. Kinsel, Bar No. 172407
GKinsel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 98101-3099
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendants
NINTENDO OF AMERICA INC. AND NINTENDO CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA INC.,<br><br>　　　　　*Defendants*. | Case No. 3:18-cv-1942-RS<br><br>Stipulation to Accept Service and Extend Time to Respond [L.R. 6–1] |

WHEREAS, pursuant to agreement of the parties (Dkt. 15), Defendant Nintendo of America Inc.'s ("NOA") current stipulated deadline to respond to Gamevice, Inc.'s Complaint (the "Complaint") is May 18, 2018; and

WHEREAS, Defendant Nintendo Co., Ltd. ("NCL"), a Japanese company, desires to waive service of process through The Hague Convention effective as of May 18, 2018, in exchange for an extension of time to respond to the Complaint up through and including July 6, 2018;

THEREFORE, the parties stipulate that the deadline for both NOA and NCL to respond to Gamevice's Complaint be continued up through and including July 6, 2018. This stipulation is entered into pursuant to L.R. 6–1 and does not alter the date of any event or deadline already fixed by Court order.

Dated: May 18, 2018

PERKINS COIE LLP

By: /s/ *Grant E. Kinsel*
    Grant E. Kinsel
    GKinsel@perkinscoie.com

Attorneys for Defendants
NINTENDO OF AMERICA INC. AND
NINTENDO CO., LTD.

Dated: May 18, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Chris Mathews*
    Chris Mathews
    chrismathews@quinnemanuel.com

Attorneys for Plaintiff
GAMEVICE, INC.

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on May 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the parties.

>  /s/ *Grant E. Kinsel*
>  Grant E. Kinsel