UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NINTENDO CO., LTD., et al.,<br><br>        Defendants. | Case No. 18-cv-01942-RS (TSH)<br><br>**ORDER SETTING HEARING**<br><br>Re: Dkt. Nos. 66, 67 |

The Court sets a telephonic hearing on the parties' joint discovery letter briefs, ECF Nos. 66 & 67, for 10:00 a.m. on June 13, 2019. For discovery disputes going forward, the parties shall follow the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher: Rose_Maher@cand.uscourts.gov

Counsel shall call the following phone number on 6/13/2019 at 10:00 a.m.:

1-888-684-8852/Passcode: 2925506

**IT IS SO ORDERED.**

Dated: June 4, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge