UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NINTENDO CO., LTD., et al.,<br><br>        Defendants. | Case No. 18-cv-01942-RS (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 67 |

      To assist the Court's consideration of the discovery letter brief at ECF No. 67, the Court **ORDERS** Defendants and Counterclaimant to submit their initial disclosures, and any amended version thereof, to the Court by July 2, 2019.

      **IT IS SO ORDERED.**

Dated: July 1, 2019

THOMAS S. HIXSON
United States Magistrate Judge