1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  GAMEVICE, INC.,

   Plaintiff,

   v.

   NINTENDO CO., LTD., et al.,

   Defendants.

   Case No. 18-cv-01942-RS (TSH)

   **DISCOVERY ORDER**

   Re: Dkt. No. 102

The Court **ORDERS** Gamevice to file a response, no longer than five pages, to Nintendo's Statement Regarding Discovery Dispute, ECF No. 102, by October 21, 2019.

**IT IS SO ORDERED.**

Dated: October 17, 2019

THOMAS S. HIXSON
United States Magistrate Judge