UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC., <br> Plaintiff, <br> v. <br> NINTENDO CO., LTD., et al., <br> Defendants. | Case No. 18-cv-01942-RS (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 102, 104 |

Nintendo moves to compel with respect to interrogatory No. 6 and RFP No. 17. ECF No. 102. Nintendo provided excerpts from its RFPs and Gamevice's responses, ECF Nos. 102-1 & 102-2. However, Nintendo did not do the same for the interrogatory, so the Court cannot tell when it was propounded, when Gamevice responded, and what the response was. The Court **ORDERS** Nintendo to file excerpts from its interrogatories and Gamevice's responses, including any amended responses, that provide this information for interrogatory No. 6. Nintendo shall file this by noon tomorrow.

**IT IS SO ORDERED.**

Dated: October 22, 2019

THOMAS S. HIXSON
United States Magistrate Judge