LTL ATTORNEYS LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Michael J. Song (SBN 243675)
michael.song@ltlattorneys.com
Vincent M. Pollmeier (SBN 210684)
vincent.pollmeier@ltlattorneys.com
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan_@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff and Counter-Defendant
GAMEVICE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAMEVICE, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA, INC.,<br><br>   Defendants.<br><br>NINTENDO OF AMERICA, INC.<br><br>   Counter-claimant,<br><br> v.<br><br>GAMEVICE, INC.<br><br>   Counter-defendant. | Case No. 3:18-cv-1942-RS<br><br>**GAMEVICE, INC.'S ADMINISTRATIVE MOTION TO FILE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,193,165 AND EXHIBIT UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiff and Counter-Defendant Gamevice, Inc. ("Gamevice") hereby moves the Court for leave to file under seal portions of Gamevice Memorandum Of Points And Authorities In Support of Its Motion For Summary Judgment Of Invalidity Of U.S. Patent No. 7,193,165 and Exhibit L to the Declaration of Michael Song in Support Thereof.

In the context of dispositive motions, a party seeking to seal a judicial record must articulate "compelling reasons" supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process. *See Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2012 WL 2913669, at *1 (N.D. Cal. July 17, 2012). Gamevice has demonstrated compelling reasons to seal the identified documents or portions through the attached Declaration of Michael J. Song.

As explained in further detail in the Song Declaration in support of this sealing motion, the above reference documents contain material designated by Couunterclaimant Nintendo of America, Inc. as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order entered in this case. *See* Song Decl. at ¶¶ 2-4.

Gamevice attempted to limit its sealing request as much as possible and seeks to seal only Exhibit L to the Michael J. Song Declaration in Support of Its Motion, which Nintendo has designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and those limited portions of its Memorandum of Points and Authorities which summarize the contents of this document. Pursuant to Civil Local Rule 79-5, attached hereto are redacted and unredacted versions of the documents set forth above.

Pursuant to Civil Local Rule 79-5(e) Gamevice will concurrently serve its Declaration in Support of this Motion on the designating party, Counter-claimant Nintendo of America, Inc.

Dated: March 13, 2020          LTL ATTORNEYS LLP

By: */s/ Michael J. Song*

Michael J. Song, Bar No. 243675
michael.song@ltlattorneys.com
300 S. Grand Ave., Floor 14
Los Angeles CA 90071

1
2     Telephone: (213) 612-8900
      Facsimile: (213) 612-3773

3     Attorneys for Plaintiff and Counter-Defendant
      Gamevice, Inc.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2     GAMEVICE, INC.'S ADMINISTRATIVE
      MOTION TO FILE UNDER SEAL
      Case No. 18-cv-1942-RS