LTL ATTORNEYS LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Michael J. Song (SBN 243675)
michael.song@ltlattorneys.com
Vincent M. Pollmeier (SBN 210684)
vincent.pollmeier@ltlattorneys.com
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan_@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff and Counter-Defendant
GAMEVICE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAMEVICE, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA, INC.,<br><br>　　　　Defendants.<br><br>NINTENDO OF AMERICA, INC.<br><br>　　　　Counter-claimant,<br><br>　v.<br><br>GAMEVICE, INC.<br><br>　　　　Counter-defendant. | Case No. 3:18-cv-1942-RS<br><br>**DECLARATION OF MICHAEL J. SONG IN SUPPORT OF GAMEVICE, INC.'S ADMINISTRATIVE MOTION TO FILE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,193,165 AND EXHIBIT UNDER SEAL** |

I, Michael J. Song, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and a partner at the law firm LTL Attorneys LLP, and counsel for Plaintiff and Counter-Defendant Gamevice, Inc., ("Gamevice") in this matter. I make this declaration in support of Gamevice's Administrative Motion to File Under Seal pursuant to Civil L.R. 79-5. In making this Declaration, it is not my intention, nor the intention of Gamevice, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2. Attached as Exhibit A to this Declaration is a true and correct UNREDACTED copy of Gamevice Memorandum of Points and Authorities In Support of Its Motion For Summary Judgment Of Invalidity Of U.S. Patent No. 7,193,165.

3. Attached as Exhibit B to this Declaration is a true and correct REDACTED copy of Gamevice Memorandum of Points a Authorities In Support of Its Motion For Summary Judgment Of Invalidity Of U.S. Patent No. 7,193,165.

4. Attached as Exhibit C to this Declaration is a true and correct UNREDACTED copy of a document bearing Bates Nos. NIN_GV_NDCA0002952-, 2972 designated, <u>in its entirety</u> as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Nintendo of America, Inc., pursuant to the terms of the Protective Order entered in his case, including a certified English language translation of this document, which Counter-claimant also asserts is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." This document is Exhibit L to the Declaration of Michael J. Song in Support of Gamevice's Support of Its Motion For Summary Judgment Of Invalidity Of U.S. Patent No. 7,193,165. As this Nintendo of America, Inc. contends that this document is protected in its entirety no redacted version is provided.

///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 13th day of March 2020 in Los Angeles, California.

Dated:  March 13, 2020

LTL ATTORNEYS LLP

By:  /s/ Michael J. Song

Michael J. Song, Bar No. 243675
michael.song@ltlattorneys.com
300 S. Grand Ave., Floor 14
Los Angeles CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff and Counter-Defendant Gamevice, Inc.