# EXHIBIT "C"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>NINTENDO CO., LTD., and<br>NINTENDO OF AMERICA INC.,<br><br>*Defendants*.<br><br>NINTENDO OF AMERICA INC.,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>GAMEVICE, INC.,<br><br>*Counterclaim Defendant*. | Case No. 3:18-cv-1942-RS |

**EXPERT REPORT OF GARRY KITCHEN
ON INFRINGEMENT OF U.S. PATENT NOS.
7,193,165, 8,702,514, and 9,700,806**

**VOLUME 1**

1

# **TABLE OF CONTENTS**

I. INTRODUCTION ................................................................................................................4
   A. Scope of Report ........................................................................................................4
II. BACKGROUND, QUALIFICATIONS AND COMPENSATION.....................................6
   A. Education ..................................................................................................................6
   B. Professional Experience ...........................................................................................6
   C. Publications ............................................................................................................11
   D. Compensation .........................................................................................................11
   E. Materials Considered ..............................................................................................11
III. SUMMARY OF OPINIONS..............................................................................................11
IV. LEGAL PRINCIPLES........................................................................................................12
V. THE PATENTS IN SUIT...................................................................................................14
   A. The Level of Ordinary Skill in the Art for all asserted patents. .............................15
   B. The '165 Patent......................................................................................................16
      1. Description ..................................................................................................16
      2. The Asserted Claims...................................................................................18
VI. CLAIM CONSTRUCTIONS ('165 Patent only) ..............................................................19
   A. '165 Patent.............................................................................................................19
      1. "housing"....................................................................................................19
      2. "elastic body" .............................................................................................19
      3. "pivot portion"............................................................................................19
      4. "switch portion".........................................................................................19
VII. THE ACCUSED PRODUCTS...........................................................................................19
   A. Overview ................................................................................................................19
VIII. DETAILED ANALYSIS OF INFRINGEMENT OF THE '165 PATENT .......................20
   A. Infringement of Independent Claims 1 and 8 ........................................................20
      1. Independent Claim 1...................................................................................20
      2. Independent Claim 8...................................................................................116
IX. Gamevice's Purported Non-Infringing alternatives ..........................................................125

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

17. In 2008, Skyworks entered the smartphone app marketplace with the introduction of Arcade Hoops Basketball, an iPhone app that I personally developed and programmed. Arcade Hoops Basketball has been downloaded more than 10,000,000 times on the Apple App store. Skyworks became a leading publisher of games on the Apple iPhone platform with over 50 million total downloads to date.

18. I was recently awarded a patent in the field of online games and interactive advertising, U.S. Patent No. 8,407,090, "Dynamic reassignment of advertisement placements to maximize impression count." The invention relates to a method for dynamically managing in-game advertisements in a manner that maximizes the number of impression counts for individual advertisements that are placed throughout the video game.

19. From 2010-2012, I served as the Vice President of Game Publishing for Viacom Media Networks, a division of Viacom Inc., a $15 billion media conglomerate whose holdings include BET Networks, MTV, VH1, CMT, Nickelodeon, Spike TV, Comedy Central and Paramount Pictures. While at Viacom, I led development of the Addicting Games mobile app for the Apple iPhone, the first Viacom-published app to reach #1 in the Apple App store. The Addicting Games mobile app was honored with a 2012 Webby Award in the category of Games (Handheld Devices). The Addicting Games mobile app was the sixth iPhone-compatible game developed personally by me or under my direct supervision that has risen to #1 in the Apple App store, a marketplace with over 2,000,000 individual titles.

20. I have served numerous times as a technical expert in matters regarding video games and electronic entertainment products. My clients in these cases have included some of the largest entertainment companies in the world, including Sony Computer Entertainment, Nintendo, Hasbro, Konami Digital Entertainment, Ubisoft, Activision, LEGO and Zynga.

21. I have been the recipient of numerous awards for my contributions to the field of interactive entertainment. For example, I received a 2012 Webby Award from the International Academy of Digital Arts and Sciences in the category of Games for Handheld Devices. I have

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*when said keytop is depressed against an elastic force provided by said elastic body, said other end of said keytop is rotated about said pivot portion to actuate said switch portion.*

a. *"An operation device for game machine, comprising:"*

65. The '165 Accused Products are each an operation device for a game machine.

66. The image below, captured from page 5 of the Gamevice GV157 Quick Start Manual, illustrates how the GV157 operation device is connected to an iPhone, which when used to play games is a game machine. In the pictured configuration, when playing games on the iPhone, the GV157 is an operation device (a game controller) for the game machine (the iPhone). The other '165 Accused Products have similar instructions in their respective Quick Start Manuals.



**Gamevice GV157 Quick Start Manual, image from page 5**

67. Additionally, Gamevice admitted that each Gamevice Accessory that is alleged to infringe the '165 patent is "an operation device for game machine."[2]

68. Based on the analysis above, it is my opinion that each of the '165 Accused Products satisfies this claim element of claim 1 of the '165 patent.

b. *"a housing;"*

---

[2] See Gamevice Supplemental Response for Request for Admission No. 1.

21

183. The next section explains the applicable scientific theory which I apply to determine whether or not the '165 Accused Products satisfy this claim element.

(2) The "end of the keytop" is a Separate Physical Object which is Rotating

184. There is an important distinction to be made regarding this analysis. The relevant claim language does not require that the entire keytop rotate about said pivot portion; rather, it clearly states that the *other end of the keytop* (opposite the pivot end) must *rotate about said pivot portion*. As described in the specification and shown in all of the figures, the '165 patent is directed to an operating means that has a pivot portion located on one end of a keytop and a switch portion on the other. Therefore, the claim's reference to the "other end" of the keytop "actuat[ing] said switch portion" clearly refers to the end of the keytop at which the switch portion is provided. That end of the keytop, which is opposite the pivot portion, is the end that rotates about the pivot portion.

185. From a physics standpoint, the GV157 keytop in this example is made up of three distinct objects - the pivot end, the elastic arm, and the "other end of the keytop," which rotates about the pivot end of the keytop. While each of these three parts are made of the same material, and the keytop appears to have been molded as a single piece, each of these three parts of the keytop are designed to play a distinct role in the operation of the device, with the elastic arm requiring unique physical characteristics to properly operate.



**From a physics standpoint, the GV157 keytop is made up of three objects**

186. Referring to the above illustration, the pivot end of the keytop is a rigid-body object[29], which is firmly held in place as part of the pivot portion. The elastic arm, a unique, non-rigid-body object, specifically designed with characteristics of elasticity, acts as a leaf spring. The opposite end of the keytop is also a rigid-body object.

187. It is not uncommon to perform analysis on an object such as this, referred to as a "connected object." Quoting from the teachers' resource website Boundless.com:[30]

> "The physics of connected objects is very similar to physics of simple objects. **There are a variety of ways objects can be connected to each other**, and a corresponding variety of mathematical ways to model such connections.
>
> The simplest form of connection is a **perfectly rigid connection**. **If two objects are connected by a perfectly rigid connector then they may be thought of as the same object**. Perfectly rigid connectors cannot stretch nor deform, and transfer forces instantaneously from one side of the connection to the other." (emphasis added)

---

[29] A rigid-body object is "an idealized solid whose size and shape are fixed and remain unaltered when forces are applied; used in Newtonian mechanics to model real objects."

[30] http://oer2go.org/mods/en-boundless-static/www.boundless.com/physics/textbooks/boundless-physics-textbook/the-laws-of-motion-4/further-applications-of-newton-s-laws-50/connected-objects-250-938/index.html

73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| | both use a coil spring as the elastic body, and both employ hall effect devices as the electronic switches. The images below illustrate the similarity in design between the button assembly for the GV167 L2 (at the top), and the GV189 L2 button assembly (at the bottom):  Therefore, in my opinion, the analysis above in regard to the GV169/189 L2 and R2 buttons equally applies to the GV167 L2 and R2 buttons. |

        **i.**      **Gamevice directly infringes Claim 1 by selling, offering for sale, importing, and using the '165 Accused Products.**

263.    I have reviewed documents produced by Gamevice that indicate Gamevice has sold a total of 73,650 units of the '165 Accused Products within the United States.

111

> *when said keytop is depressed against an elastic force provided by said elastic body, said other end of said keytop is rotated about said pivot portion to actuate said switch portion.*

### a. *"A hand-held game machine, comprising:"*

273. Each '165 Accused Product is by itself and when combined with an appropriate smartphone, is a handheld game machine. The image below, captured from the website Amazon.com, shows the iPhone connected with the Gamevice GV157 to form a hand-held game machine.



**Gamevice GV157 image from Amazon.com[48]**

274. The marketing text on the Amazon.com website[48] describes the Gamevice GV157 device in combination with an iPhone as a handheld game machine; i.e. a mobile console.

> "Gamevice and iPhone pack the same punch as your console with all of the triggers, buttons and joystick you need for the ultimate mobile console experience."

275. Based on the analysis above, it is my opinion that the Gamevice GV157 satisfies this claim element of claim 8 of the '165 patent.

---

[48] https://www.amazon.com/Gamevice-Controller-iPhone-Plus-Model-mac/dp/B01MY75W72/ref=pd_lpo_sbs_147_t_0?_encoding=UTF8&psc=1&refRID=SGFA1825YRQ92VV9EXTR

117

      **f.**    ***"a pivot portion provided at an other end of said keytop"***

280.    Each '165 Accused Product includes *a pivot portion provided at an other end of said keytop*. As this claim element is identical to one that I have previously addressed in Claim 1, please refer to my analysis above regarding infringement of Claim 1(f) of the '165 patent. Section VIII.A.1.f. My analysis and conclusions from that limitation are incorporated herein by reference.

      **g.**    ***"and an elastic body for elastically pushing said keytop toward a state that said switch portion is not actuated"***

281.    Each '165 Accused Product includes *an elastic body for elastically pushing said keytop toward a state that said switch portion is not actuated*. As this claim element is identical to one that I have previously addressed in Claim 1, please refer to my analysis above regarding infringement of Claim 1(g) of the '165 patent. Section VIII.A.1.g. My analysis and conclusions from that limitation are included herein by reference.

      **h.**    ***"wherein when said keytop is depressed against an elastic force provided by said elastic body, said other end of said keytop is rotated about said pivot portion to actuate said switch portion."***

282.    Each '165 Accused Product includes *said keytop which, when depressed against an elastic force provided by said elastic body, said other end of said keytop is rotated about said pivot portion to actuate said switch*. As this claim element is identical to one that I have previously addressed in Claim 1, please refer to my analysis above regarding infringement of Claim 1(h) of the '165 patent. Section VIII.A.1.h. My analysis and conclusions from that limitation are included herein by reference.

      **i.**    **The '165 Accused Products infringe Claim 8 on their own and when combined with a compatible iPhone.**

283.    I have reviewed documents produced by Gamevice that indicate Gamevice has sold a total of 73,650 units of the '165 Accused Products within the United States.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2019

Garry Kitchen
Danville, California