UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NINTENDO CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01942-RS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES** |

　　　Gamevice's motion for additional pages to reply to Nintendo's response to its combined Motion for Summary Judgment and *Daubert* Motion is granted in part and denied in part. Gamevice shall be given 20 pages to reply.

**IT IS SO ORDERED**.

Dated: April 14, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge