Erik R. Puknys (SBN 190926)
  erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Smith R. Brittingham IV (*pro hac vice*)
  smith.brittingham@finnegan.com
Ji-Hye Christina Yang (SBN 317039)
  christina.yang@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff Gamevice, Inc.

Grant E. Kinsel (SBN 172407)
  GKinsel@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEVICE, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>NINTENDO CO., LTD., and NINTENDO OF AMERICA INC.<br><br>            Defendants.<br><hr>NINTENDO OF AMERICA INC.,<br><br>            Counter-Claimant,<br><br>     v.<br><br>GAMEVICE, INC.,<br><br>            Counter-Defendant. | CASE NO. 3:18-cv-1942-RS<br><br>**STIPULATED SCHEDULE ORDER** |

On August 10, 2023, the Court ordered the "Parties to Meet and Confer regarding Summary Judgment Briefing and Case Schedule, and to Submit a Stipulated Proposed Schedule by August 17, 2023." Dkt. 257. Gamevice and Nintendo have consulted and propose the following stipulated schedule:

| Deadline/Event | Date |
| --- | --- |
| Discovery requests may be served | Date scheduling order is issued |
| Nintendo's Opposition to Gamevice's Motion for Summary Judgment | Monday, August 28, 2023 |
| Gamevice's Reply in Support of Gamevice's Motion for Summary Judgment | Tuesday, September 5, 2023 |
| Nintendo's Motion for Summary Judgment | Thursday, September 7, 2023 |
| Serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) (including identification of individuals likely to have discoverable information and a computation of each category of damages claimed by the disclosing party) | Friday, September 15, 2023 |
| Serve Damages Contentions pursuant to Patent L.R. 3-8 | Friday, September 15, 2023 |
| Gamevice's Opposition to Nintendo's Motion for Summary Judgment | Thursday, September 28, 2023 |
| Nintendo's Reply in Support of Nintendo's Motion for Summary Judgment | Thursday, October 5, 2023 |
| Serve Responsive Damages Contentions pursuant to Patent L.R. 3-9 | Monday, October 16, 2023 |
| Hearing on Gamevice's Motion for Summary Judgment and Nintendo's Motion for Summary Judgment | Thursday, October 19, 2023 at 1:30 p.m. |
| Deadline to complete fact discovery and file Motions to Compel Discovery | Friday, February 23, 2024 |
| Serve Opening Expert Reports by the party with the burden of proof | Friday, March 22, 2024 |
| Serve Rebuttal Expert Reports | Friday, April 19, 2024 |

| Deadline/Event | Date |
|---|---|
| Deadline to complete expert discovery | Friday, May 17, 2024 |
| Deadline for dispositive motions (with leave of court) and Motions to Strike Expert Testimony (including *Daubert* motions) | Friday, June 7, 2024 |
| Serve Pretrial Disclosures (including witness lists, deposition and discovery designations, exhibit lists, jury voir dire questions, proposed jury instructions, proposed jury verdict forms); Plaintiff serves draft Pretrial Statement and Order | Wednesday, June 12, 2024 |
| Serve objections to Pretrial Disclosures and Rebuttal Disclosures; Defendant serves revised draft Pretrial Statement and Order | Wednesday, June 26, 2024 |
| Serve objections to Rebuttal Pretrial Disclosures | Monday, July 1, 2024 |
| File Motions in Limine (Seeborg Guidelines, Section D.2) | Friday, July 12, 2024 |
| File Joint Pretrial Statement and Order (Seeborg Guidelines, Section B) | Friday, July 12, 2024 |
| Exchange exhibits (Seeborg Guidelines, Section D.1.a) | Friday, July 12, 2024 |
| File Oppositions to Motions in Limine (Seeborg Guidelines, Section D.2) | Friday, July 19, 2024 |
| File Jury Materials (Seeborg Guidelines, Section D.4.a) | Friday, July 19, 2024 |
| Last day to order daily transcript and/or Realtime reporting (Seeborg Guidelines, Section D.6) | Monday, July 22, 2024 |
| Final Pretrial Conference | Wednesday, July 24, 2024 |
| File excerpts of deposition testimony or other discovery to be offered at trial (Seeborg Guidelines, Section D.3) | Wednesday, July 31, 2024 |

| Deadline/Event | Date |
|---|---|
| File (Optional) Trial Briefs (Seeborg Guidelines, Section D.5) | Wednesday, July 31, 2024 |
| Jury selection and trial | Monday, August 5, 2024 |

Dated: August 17, 2023

By: */s/ Smith R. Brittingham IV*
    Erik R. Puknys (SBN 190926)
     erik.puknys@finnegan.com
    **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, LLP**
    3300 Hillview Avenue
    Palo Alto, California 94304-1203
    Telephone: (650) 849-6600
    Facsimile: (650) 849-6666

    Smith R. Brittingham IV (*pro hac vice*)
     smith.brittingham@finnegan.com
    Ji-Hye Christina Yang (SBN 317039)
     christina.yang@finnegan.com
    **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, LLP**
    901 New York Avenue, NW
    Washington, DC 20001-4413
    Telephone: (202) 408-4000
    Facsimile: (202) 408-4400

    Attorneys for Plaintiff Gamevice, Inc.

Dated: August 17, 2023

**PERKINS COIE LLP**

By: */s/ Grant E. Kinsel*
    Grant E. Kinsel (SBN 172407)
     GKinsel@perkinscoie.com
    **PERKINS COIE LLP**
    1888 Century Park East
    Suite 1700
    Los Angeles, CA 90067
    Telephone: 310.788.9900
    Facsimile: 310.788.3399

    Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.

**ATTESTATION**

Counsel for Plaintiff Gamevice, Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.

Dated: August 17, 2023

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: /s/ *Smith R. Brittingham IV*
Smith R. Brittingham IV
Attorneys for Plaintiff Gamevice, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/18/2023

Honorable Richard Seeborg
Chief United States District Judge
Northern District of California